IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRADLEY S. WHITLEY,<br><br>                Plaintiff,<br><br>v.<br><br>CARRIE COCKRAN et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:20-cv-495-JNP<br><br>District Judge Jill N. Parrish |

      Plaintiff filed a prisoner civil-rights complaint under 42 U.S.C.S. § 1983 (2020), (ECF No. 4), and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2020), (ECF No. 3). However, Plaintiff has not followed the court's July 28, 2020 Order, (*id*.), to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined." *See* 28 U.S.C.S. § 1915(a)(2). Indeed, the Order was returned to sender, marked, "Not in Custody." (ECF No. 6.) And, Plaintiff has not since updated his address with the court as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number.").

Accordingly, IT IS ORDERED that—for failure to obey the court's Order and to prosecute this case—Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED this 7th day of October, 2020.

BY THE COURT:

JUDGE JILL N. PARRISH
United States District Court